

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2025

No. 04-25-00773-CV

**IN RE 7-ELEVEN, INC.**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Relator filed its petition for writ of mandamus on December 2, 2025. Having reviewed the petition and record, this court has concluded that relator has failed to establish that it is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 17, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. DC-24-64, styled *Joe Garza v. 7-Eleven, Inc., et al*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Baldemar Garza presiding.